

Matthew Fox
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Direct Dial: 646.777.0051
Fax: 646.755.3397
mfox@beneschlaw.com

April 8, 2026

**VIA CM/ECF**
The Honorable Arun Subramanian
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> **Re:** ***e2 Companies, LLC, et al. v. Focus Corporate Finance Limited d/b/a Focus Capital Partners, et al.*; Case No. 1:26-cv-00260 (AS) (KHP) | Letter Motion to Adjourn Initial Pretrial Conference Scheduled for April 16, 2026**

Dear Judge Subramanian:

Please accept this as a Joint Letter Motion to Adjourn the Initial Pretrial Conference submitted by Plaintiffs e2 Companies, LLC and James Richmond (together, the "Plaintiffs") and Defendants Focus Corporate Finance Limited d/b/a Focus Capital Partners and Winchester Capital Partners LLC (together, the "Defendants" and together with the Plaintiffs, the "Parties") in the above-captioned action to request an adjournment of the Initial Pretrial Conference currently scheduled for April 16, 2026 at 1:00 pm ET [D.I. 8]. Neither Plaintiffs nor Defendants have previously requested an adjournment of the Initial Pretrial Conference.

The Parties mediated before Magistrate Judge Parker yesterday. While the Parties did not reach resolution of this matter during mediation, based on the discussions during mediation, the Parties believe that an adjournment of the Initial Pretrial Conference to either April 29th or a date and time during the first week of May, subject to the Court's availability, is appropriate because it would allow the Parties to continue resolution discussions and determine the most efficient path forward relative to this matter as well as the related matter pending in the United States District Court for the Middle District of Florida (*Focus Corporate Finance Limited d/b/a Focus Capital Parties et al. v. e2 Companies, LLC, et al.*, 2:25-cv-01206-KCD-NPM (M.D. Fla.)).

There are currently no other scheduled appearances before the Court in this matter, nor are there any existing deadlines.

Based upon the foregoing, the Parties respectfully request that the Court adjourn the Initial Pretrial Conference to April 29th or a date and time during the first week of May, subject to the Court's availability, to allow the Parties time to determine appropriate next steps.

The Honorable Arun Subramanian
April 8, 2026
Page 2


Respectfully submitted,

BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP

*/s/ Matthew Fox*

Matthew Fox
E-mail: mfox@beneschlaw.com
Benesch Friedlander Coplan & Aronoff LLP
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Telephone: (646) 777-0051

Attorney for Plaintiffs

cc:  All Counsel of Record (via CM/ECF)

MF:km


GRANTED. The Conference is rescheduled to May 7, 2026, at 4 p.m. Dial in instructions remain the same. The required submissions detailed in the initial order scheduling the conference will be due the Wednesday of the week prior to the conference (April 29, 2026). The Clerk of Court is respectfully directed to terminate the motion at ECF No. 18.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: April 9, 2026