UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E2 COMPANIES, LLC, and JAMES RICHMOND<br><br>Plaintiffs,<br><br>vs.<br><br>FOCUS CORPORATE FINANCE LIMITED d/b/a FOCUS CAPITAL PARTNERS, and WINCHESTER CAPITAL PARTNERS LLC,<br><br>Defendants. | Case No. 1:26-cv-00260 (AS)(KHP)<br><br><br>**[PROPOSED] ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER** |

Upon the declaration of Matthew B. Fox, dated April 16, 2026 and the exhibits thereto, the Memorandum of Law in Support of Plaintiffs e2 Companies, LLC and James Richmond's Motion for an Injunction and Temporary Restraining Order, and all pleadings heretofore and herein, it is hereby:

ORDERED, that the above named Defendants show cause before this Court on _____ _____, 2026 at _____ o'clock _.m., or as soon thereafter as counsel may be heard in Courtroom 15A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007-1312, why an order should not be made and entered pursuant to Rule 65 of the Federal Rules of Civil Procedure, and the inherent powers of this court, enjoining and restraining Defendants Focus Corporate Finance Limited d/b/a Focus Capital Partners and Winchester Capital Partners LLC (collectively, the "Defendants"), together with their officers, agents, servants, employees, attorneys and other parties acting in concert with them, from prosecuting or taking any further action in the matter captioned *Focus Corporate Finance Limited d/b/a Focus Capital Partners et al. v. e2 Companies, LLC, et al.*, Case No. 2:25-cv-01206-KCD-NPM, currently

pending in the United States District Court for the Middle District of Florida (the "Florida Action").

IT IS FURTHER ORDERED that, good and sufficient cause having been shown, the Defendants, together with their officers, agents, servants, employees, attorneys and other parties acting in concert with them, are hereby retrained and enjoined, pending the hearing and determination of this motion, from prosecuting in any manner whatsoever or taking any further action in the Florida Action.

IT IS FURTHER ORDERED that papers in opposition to this motion, if any, shall be served by e-filing on or before _____ ___, 2026, at _____ o'clock __.m.

IT IS FURTHER ORDERED that reply papers, if any, shall be served by e-filing on or before _____ ___, 2026, at _____ o'clock __.m.

IT IS FURTHER ORDERED that service of this order and the papers upon which it is based shall be made upon all defendants in the same manner as required for service of process, pursuant to Rule 4 of the Federal Rules of Civil Procedure, on or before _____ _____, 2026 at _____ o'clock __.m., with courtesy copies to be provided by email to counsel for the Defendants that have appeared in the above-referenced action in the Middle District of Florida.

GRANTED on _____ ___, 2026 at _____ o'clock __.m. at New York, New York.

_____
Hon. Arun Subramanian
United States District Judge