UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| e2 Companies, LLC et al., <br><br>                Plaintiffs, <br><br> -against- <br><br> Focus Corporate Finance Limited et al., <br><br>                Defendants. | 26-CV-260 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of plaintiffs' motion for a temporary restraining order. Dkt. 20.

Defendants are directed to respond to the motion by 5 p.m. on Monday, April 20, 2026. Plaintiffs may file a reply no later than 5 p.m. on Tuesday, April 21, 2026.

The Court will hold a telephonic hearing on the motion at 11:30 a.m. ET on Wednesday, April 22, 2026. The dial-in number is (646) 453-4442 and the conference ID is 775 648 59, followed by pound (#).

SO ORDERED.

Dated: April 17, 2026
      New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge