UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| e2 Companies, LLC et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>Focus Corporate Finance Limited et al.,<br><br>　　　　　　　　Defendants. | 26-CV-260 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As the Florida case has been stayed, the motion for a temporary restraining order is DENIED.

Defendants shall file any motion to dismiss by May 6, 2026. Plaintiffs shall file an opposition by May 20, 2026. Defendants may file a reply within seven days of plaintiffs' opposition.

The initial pre-trial conference is rescheduled to May 28, 2026, at 4 p.m. ET. The dial-in information remains the same. The required submissions will be due the Wednesday of the prior week.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 20.

SO ORDERED.

Dated: April 22, 2026
　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge