UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| e2 Companies, LLC et al., <br><br> Plaintiffs, <br><br> -against- <br><br> Focus Corporate Finance Limited et al., <br><br> Defendants. | 26-CV-260 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Plaintiffs' motion to stay discovery pending resolution of the motion to compel arbitration, or in the alternative, to dismiss is GRANTED. For avoidance of doubt, the Court expresses no view at this time on whether arbitration should be compelled or the case dismissed.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 42.

SO ORDERED.

Dated: June 24, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge