Benesch

Matthew Fox
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Direct Dial: 646.777.0051
Fax: 646.755.3397
mfox@beneschlaw.com

May 5, 2026

**VIA CM/ECF**
Hon. Arun Subramanian
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *e2 Companies, LLC, et al. v. Focus Corporate Finance Limited d/b/a Focus Capital Partners, et al.*, Case No. 1:26-cv-00260 (AS)(KHP)

Dear Judge Subramanian,

Pursuant to Paragraph 11(C) of Your Honor's Individual Practices in Civil Cases, Standing Order 19-MC-583, and Section 6 of the S.D.N.Y. Electronic Case Filing Rules and Instructions, Plaintiffs e2 Companies, LLC ("e2") and James Richmond (collectively, the "e2 Parties") respectfully request leave to have the unredacted Exhibit H to the Declaration of Matthew B. Fox (the "Fox Declaration"), currently being held under temporary seal, permanently filed under seal and to file a public version of Exhibit H to the Fox Declaration with redactions.

Exhibit H to the Fox Declaration, submitted in support of the e2 Parties' Motion for an Injunction and Temporary Restraining Order (the "Motion"), consists of a December 17, 2025 demand letter from Defendants' counsel, Gunster, Yoakley & Stewart, P.A., to James Richmond, along with an attached draft complaint that Defendants prepared and threatened to file against the e2 Parties. Both documents contain highly confidential business information belonging to e2 that warrants sealing.

Specifically, the demand letter references, and the attached draft complaint extensively details, e2's confidential financial projections and actual financial performance, including revenue forecasts and actual revenues, EBITDA projections, accumulated losses, debt structure, bondholder obligations, equity valuations, and cash position.

Public disclosure of this confidential financial information would cause substantial competitive harm to e2, which operates in the renewable energy industry. Competitors, potential business partners, customers, investors, and creditors could use e2's internal financial projections, actual performance figures, debt structure, and valuation information to e2's significant disadvantage in ongoing and future business negotiations.

The e2 Parties' request is narrowly tailored consistent with Paragraph 11(B) of Your Honor's Individual Practices, which requires that any sealing be "narrowly tailored to serve whatever purpose justifies the redaction or sealing and must be otherwise consistent with the presumption in favor of public access to judicial documents." The e2 Parties seek to seal only Exhibit H; they do not seek to seal any other exhibit to the Fox Declaration or any portion of the

Fox Declaration itself. The Fox Declaration adequately describes Exhibit H for purposes of the Court's consideration of the Motion without disclosing the confidential information. Moreover, the e2 Parties would also file a public version of Exhibit H with only the sensitive information redacted.

The e2 Parties have met and conferred with Defendants' counsel regarding this request as required by Paragraph 11(C)(i) of Your Honor's Individual Practices. Defendants' counsel consented to both filing unredacted Exhibit H under seal and a public version of Exhibit H with the proposed redactions.

Contemporaneously with this letter-motion, the e2 Parties are filing Exhibit H: (i) publicly on ECF with the proposed redactions, electronically related to this motion; and (ii) under seal on ECF an unredacted copy with the proposed redactions highlighted with the appropriate level of restriction, electronically related to this motion, in accordance with Paragraph 11(C)(iii) of Your Honor's Individual Practices. An unredacted version of Exhibit H is currently being held under temporary seal; the e2 Parties respectfully request that the unredacted version of Exhibit H be filed permanently under seal.

For the foregoing reasons, the e2 Parties respectfully request that the Court grant leave to file Exhibit H to the Fox Declaration under both seal and publicly with the redactions proposed.

Respectfully submitted,

MATTHEW FOX
*Counsel for Plaintiff e2 Companies, LLC and James Richmond*

GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at ECF 28.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 30, 2026